I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-28-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LEE MENDENHALL,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>M.E. SPEARMAN, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-01023-GW (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 22, 2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

GEORGE H. WU
UNITED STATES DISTRICT JUDGE